STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. BERNARD GALLANT, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Clapp & Eisenberg* and *Mr. Arnold K. Mytelka* for the petitioners.

*Mr. Arthur J. Sills* and *Mr. Joseph A. Hoffman* for the respondent.

October 14, 1963.   Granted.

JOSEPH BLUM, PLAINTIFF-PETITIONER, v. INTERNATIONAL ASSOCIATION OF MACHINISTS, *ETC.*, DEFENDANTS-RESPONDENTS.

See same case below: 80 *N. J. Super.* 37.

*Mr. Wilbur M. Rush* and *Mr. Robert L. Schumann* for the petitioner.

*Messrs. Parsonnet & Parsonnet* for the respondents.

October 14, 1963.   Granted.